# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, | ) ) ) |
| Plaintiff, | ) ) CIVIL ACTION ) CASE NO.  10-2490-EFM-KGG |
| v. | ) ) |
| | ) FILED UNDER SEAL |
| MIDWEST LAND & LIVESTOCK, INC., a Nevada corporation, SKV FARMS INC., a Delaware corporation, DCV FARMS, INC., a Delaware corporation, and MARK ALAN VANDERPLOEG, an individual, | ) ) ) ) ) ) ) |
| Defendants. | ) ) ) |

## INDEX OF EXHIBITS FILED IN SUPPORT OF PLAINTIFF'S *EX PARTE* MOTION FOR A STATUTORY RESTRAINING ORDER, PRELIMINARY INJUNCTION, AND OTHER EQUITABLE RELIEF

Plaintiff U.S. Commodity Futures Trading Commission respectfully submits the following index of exhibits in further support of the Plaintiff's *Ex Parte* Motion for a Statutory Restraining Order, Preliminary Injunction, and Other Equitable Relief, filed concurrently herewith. The exhibits set forth below (A-W) are referenced in and are hereby incorporated into the Memorandum in Support of Plaintiff's *Ex Parte* Motion for Statutory Restraining Order, Preliminary Injunction, and Other Equitable Relief, also filed concurrently herewith.

2

Respectfully submitted by,


/s/ Jo Mettenburg
Jeff Le Riche, MO #46557
Jo Mettenburg, KS #19423
Jennifer J. Chapin, KS #19553
Peter L. Riggs, KS #23523
Commodity Futures Trading Commission,
Division of Enforcement
Two Emanuel Cleaver II Boulevard, Suite 300
Kansas City, MO 64112
816-960-7745 (Le Riche)
jleriche@cftc.gov
816-960-7744 (Mettenburg)
jmettenburg@cftc.gov
816-960-7746 (Chapin)
jchapin@cftc.gov
816-960-7748 (Riggs)
priggs@cftc.gov
816-960-7750 (fax)

COUNSEL FOR PLAINTIFF

Dated:  September 8, 2010

# INDEX OF EXHIBITS

EXHIBIT A. -    DECLARATION OF STEPHEN B. TURLEY

1. Nevada Secretary of State entity details: Midwest Land & Livestock, Inc. and MLL #311
2. Delaware Division of Corporations entity details: SKV Farms, Inc. and DCV Farms, Inc., Certificate of Incorporation of DCV Farms, Inc.
3. Iowa Secretary of State entity details for SKV Farms, Inc. and search results for Ox Plow Farms #350
4. Clear report for MML #311
5. Accurint report for SKV Farms, Inc.
6. Clear report for Ox Plow Farms #350
7. Accurint report for Mark Alan Vanderploeg
8. Accurint report for C.V.
9. NFA BASIC search results for MLL, DCV, SKV, MLL #311, Ox Plow, JDBC, Ox Plow Farms #350
10. NFA BASIC search results for Mark Alan Vanderploeg, D. V. and C.V.
11. Kansas Wheat: USDA Daily Midpoint Cash Hard Red Winter Wheat Prices Western Kansas
12. Minnesota Corn: USDA Daily Midpoint Cash Corn Prices Minneapolis, Minnesota
13. Iowa Soybeans: USDA Daily Midpoint Cash Soybean Prices North Central Iowa
14. Illinois Soybeans: USDA Daily Midpoint Cash Soybean Prices Northern Illinois
15. South Dakota Soybeans: USDA Daily Midpoint Cash Soybean Prices East River, South Dakota
16. Email correspondence dated 9/10/09-9/17/09, subject "Information Request"
17. Email correspondence dated 2/10/10-3/8/10, subject "Information Request – Iowa FSA"
18. Correspondence dated December 9, 2008

EXHIBIT B. -    DECLARATION OF JOHN NACHTMAN (VOLUME 1 of 3)

1. Kansas elevator loss summary
2. Records obtained by Kansas Bureau of Investigation from the United States Postal Inspection Service and Agent Nachtman's report concerning same
3. Records obtained by Kansas Bureau of Investigation from the United States Postal Inspection Service and Agent Jacob's report concerning same
4. Records obtained by Kansas Bureau of Investigation from the United States Postal Inspection Service and Agent Nachtman's report concerning same

DECLARATION OF JOHN NACHTMAN (VOLUME 2 of 3)

5. Records obtained by Kansas Bureau of Investigation pursuant to a search warrant executed on Yahoo! and Agent Nachtman's report concerning same
6. Records obtained by Kansas Bureau of Investigation pursuant to a search warrant executed on Cox Communications Company and Agent Nachtman's report concerning same
7. Records obtained by Kansas Bureau of Investigation from the United States Postal Inspection Service and Agent Nachtman's report concerning same

DECLARATION OF JOHN NACHTMAN (VOLUME 3 of 3)

7(cont) Records obtained by Kansas Bureau of Investigation from the United States Postal Inspection Service and Agent Nachtman's report concerning same

EXHIBIT C. - DECLARATION OF MARY JANE STANKIEWICZ

1. Kansas Grain and Feed Association E-News Alert Regarding Forward Wheat Contracts with Midwest Land & Cattle, Inc.

EXHIBIT D. - DECLARATION OF BRENDA FRIESS

1. Email dated 8/28/07-8/31/07, subject "2008 crop"
2. Email dated 9/17/07, subject "call options"
3. Premium Offer Contract
4. Email dated 4/8/08-7/24/08, subject "call options" and invoice dated 7/15/08
5. Email dated 8/05/08, subject "invoice"
6. Midwest Land & Livestock check dated 8/20/08 in the amount of $4,500.00

EXHIBIT E. - DECLARATION OF FRANK RIEDL

1. Email exchanges, various dates
2. Hedge To Arrive Contract For Sale Of Grain
3. Forward Contract For Sale Of Grain
4. Great Bend invoice for $44,412.50 dated 10/8/08

EXHIBIT F. - DECLARATION OF LYNN TEETER

1. Statements of Ms. Galloway dated 7/28/08 and Ms. Cowan dated 7/29/08
2. Contracts of Sale
3. Emails dated 7/18/08, subject "2008 New Crop Wheat Contracts"
4. Bank check dated 8/20/08 in the amount of $4,000.00

EXHIBIT G. -       DECLARATION OF ROBERT ZELENKA

      1.     Minnesota Grain and Feed Association Member E-Alert dated October 3, 2008
      2.     Minnesota Grain and Feed Association Member E-Alert dated October 16, 2008

EXHIBIT H. -       DECLARATION OF DAN UTTECH

      1.     Purchase contracts
      2.     Mark Vanderploeg's Arizona drivers license
      3.     Correspondence dated 10/30/08, subject "October 2008 Corn Contract Performance" and correspondence dated 10/31/08, subject "October Contract Extension"

EXHIBIT I. -       DECLARATION OF BRANDON BURBIDGE

      1.     Contracts for Future Delivery of Grain
      2.     Red River Grain Co. Credit Memo for DCV Farms Inc. dated 8/8/08

EXHIBIT J. -       DECLARATION OF MONA BOND

      1.     Chart regarding Iowa grain elevators that dealt with Ox Plow Farms #350

EXHIBIT K. -       DECLARATION OF LINDA KUHL

      1.     Mid Iowa Coop check dated 8/29/08 in the amount of $27,246.00

EXHIBIT L. -       DECLARATION OF CYNDE A. LEMLEY

      1.     Grain Purchase Contracts
      2.     Contract cancellation between Prairie Ag Cooperative and Ox Plow Farms
      3.     Prairie Ag Cooperative check dated 8/11/08 in the amount of $40,653.00
      4.     Correspondence regarding Ox Plow Farms #350 change of address

EXHIBIT M. -       DECLARATION OF HENRY MAYLAND

      1.     Grain Purchase Contracts
      2.     Mark Vanderploeg's Arizona drivers license
      3.     Ownership verifications dated 10/20/08 and 10/24/08
      4.     Midwest Farmers Cooperative checks: $30,814.16 dated 10/20/08, $30,814.16 dated 10/21/08 and $209,819.92 dated 10/24/08

EXHIBIT N. -       DECLARATION OF JEFFREY D. ADKISSON

      1.     Email dated 10/17/08, subject "Questionable Grain Transactions"

EXHIBIT O. -   DECLARATION OF AMY BRAMMER

    1. Grain Purchase Contracts and Confirmation
    2. Email dated 8/11/08, subject "Questions on Cancelling Contracts"
    3. Topflight check dated 8/11/08 in the amount of $21,915.00

EXHIBIT P. -   DECLARATION OF JOHN V. TWOMEY

    1. Purchase Contracts
    2. Twomey Company check dated 8/13/08 in the amount of $23,241

EXHIBIT Q. -   DECLARATION OF JIM SCHULZ

    1. Contracts for Future Delivery of Grain

EXHIBIT R. -   DECLARATION OF LEO REIFFENBERGER

    1. Contracts for Future Delivery of Grain
    2. Correspondence dated 12/10/08, correspondence dated 12/15/08, subject "Lake Preston Coop/Prairie Ag Partners – JDBC Farms"

EXHIBIT S. -   SUPPLEMENTAL DECLARATION OF ROBERT ZELENKA

    1. Correspondence dated 12/4/09

EXHIBIT T. -   CFTC v. Heritage Capital Advisory Servs., Ltd., [1982-1984 Transfer Binder] Comm. Fut. L. Rep. (CCH) ¶ 21,627 (N.D. Ill. 1982)

EXHIBIT U. -    CFTC v. Trending Cycles for Commodities, Inc. [1980-1982 Transfer Binder] Comm. Fut. L. Rep. (CCH) ¶ 21,013 (S.D. Fla. 1980)

EXHIBIT V. -   In re JCC, Inc., [1992-1994 Transfer Binder] Comm. Fut. L. Rep. (CCH) ¶ 26,080 (CFTC May 12, 1994)

EXHIBIT W. -   In re Spiegel, [1987-1990 Transfer Binder] Comm. Fut. L. Rep. (CCH) ¶ 24,103 (CFTC Jan. 12, 1988)